*In re* INTEGRACIÓN DE SALA ESPECIAL.

*Número:* TS-8073                    *Resuelto:* 22 de mayo de 2003

## ORDEN

Se constituye una Sala Especial integrada por el Juez Asociado Señor Rebollo López, como su Presidente, y los Jueces Asociados Señores Fuster Berlingeri y Rivera Pérez para entender en el caso TS-8073, *In re Alberto Folch Diez.*
Lo decretó y firma,

(*Fdo.*) FRANCISCO REBOLLO LÓPEZ
*Juez Presidente Interino*

CERTIFICO:

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*